IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DEBRA SUE WOYAN,

        Plaintiff,

v.                                    CIVIL ACTION NO.   3:14-16422

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).   The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Motion for Judgment on the Pleadings (ECF No. 10), deny Defendant's Motion for Judgment on the Pleadings (ECF No. 11), reverse the final decision of the Commissioner, remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings to re-evaluate the opinion evidence of record relating to Claimant's mental impairments and to re-evaluate Claimant's credibility, and dismiss this matter from the Court's docket.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Plaintiff's Motion for Judgment on the Pleadings (ECF No.

10), **DENIES** Defendant's Motion for Judgment on the Pleadings (ECF No. 11), **REVERSES** the final decision of the Commissioner, **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings to re-evaluate the opinion evidence of record relating to Claimant's mental impairments and to re-evaluate Claimant's credibility, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: September 21, 2015

_____
ROBERT C. CHAMBERS, CHIEF JUDGE